DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730  Fax: (415) 989-0491
File No. 48,428

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE I. CHOPERENA, individually and dba 2B'S BAR, <br><br> Defendants. | CASE NO. CV-03-2631 SBA <br><br> [PROPOSED] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support System/VSC Attorney Service is a registered process server, having filed a certificate of registration with the County Clerk, Los Angeles County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshall from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

DATED: 6/12/07

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\2B.exps

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re | | CHAPTER _____ |
|---|---|---|
| KINGVISION v. CHOPERENA | Debtor. | CASE NUMBER CV 03 2631 SBA |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, ~~pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E)~~, that a judgment or order entitled *(specify)*:

   ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION
   PURSUANT TO C.C.P. SECTION 699.080

   was entered on *(specify date)*: 7/12/07

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: 7/12/07

Dated: 7/12/07

RICHARD W. WIEKING, CLERK
~~JON X. CERENTS~~
~~Clerk of the Bankruptcy Court~~

By: LISA R. CLARK
    *Deputy Clerk*
    UNITED STATES DISTRICT COURT

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  F 9021-1.1

## SERVICE LIST

JOSE I. CHOPERENA, individually and dba 2B'S BAR
1717 E. 14th Street
San Leandro, CA 94577