NATHANIEL L. DUNN, SBN 255661
COOK COLLECTION ATTORNEYS, PLC
PO BOX 270, SAN FRANCISCO, CA 94104
(415) 989-4730
File No.: 48,428

Attorney for Plaintiff and Judgment Creditor

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff(s) <br><br> v. <br><br> JOSE I. CHOPERNA, individually and d/b/a 2B's Bar <br><br> Defendant(s) | CASE NUMBER: <br> CV- 03-2631 SBA <br><br> **WRIT OF EXECUTION** |

**TO:** **THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 12/8/03 a judgment was entered in the above-entitled action in favor of:

KINGVISION PAY-PER-VIEW, LTD.

as Judgment Creditor and against:

JOSE I. CHOPERNA, individually and d/b/a 2B's Bar
1717 E. 14th Street
San Leandro, CA 94577

as Judgment Debtor, for:

$      52,500.00 Principal,
$      475.00 Attorney Fees,
$      0.00 Interest **, and
$      0.00 Costs, making a total amount of
$      52,975.00 JUDGMENT AS ENTERED

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the NORTHERN** District of **CALIFORNIA**, to wit:

$ __0.00__ accrued interest, and
$ __0.00__ accrued costs, making a total of
$ __0.00__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __52,975.00__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __52,975.00__ Is due on the judgment as entered and bears interest at 1.31% percent per annum, in the amount of $ 1.90 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

SEP 2 9 2008

Dated: _____   By: **JESSIE MOSLEY** _____
                                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
JOSE I. CHOPERNA, individually and
d/b/a 2B's Bar
1717 E. 14th Street
San Leandro, CA 94577
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                    PAGE 3 OF 3